IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ICREST INTERNATIONAL LLC, and MITSUI SUMITOMO INSURANCE USA, INC., as subrogee of Inrest International LLC;<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, and DES MOINES COLD STORAGE CO., INC.,<br><br>Defendants. | 8:17CV393<br><br>ORDER |

This matter is before the Court on the Plaintiffs' Notice of Case Dismissal ([Filing No. 18](#)). The dismissal is granted.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims are dismissed without prejudice.

Dated this 29th day of December, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge